## Commonwealth ex rel., Appellant, *v.* Gettysburg & Harrisburg Railroad Company.

Argued March 10, 1903.   Appeal, No. 18, March T., 1903, plaintiff, from judgment of C. P. Cumberland Co., Sept. T., 1901, No. 125, for defendant non obstante veredicto in case of Commonwealth ex rel. Borough of Mt. Holly Springs v. Gettysburg & Harrisburg Railroad Company.   Before BEAVER, ORLADY, SMITH, W. D. PORTER, MORRISON and HENDERSON, JJ.   Affirmed.

OPINION BY ORLADY, J., May 22, 1902:

The facts in this case are practically the same as in Borough of Mount Holly Springs v. Philadelphia, Harrisburg and Pittsburg Railroad Company, ante, p. 205, and for the reasons given therein the judgment is affirmed.